**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02004-LTB-OES

PHILIP C. BUTLER,
　　　　　Plaintiff,

v.

SHAWN COMPTON,
　　　　　Defendant.

_____

**ORDER**
_____

Plaintiff has filed Fed.R.Civ.P. 72(a) Objections to the Magistrate Judge's denial of

his Motion to Amend Complaint.  On review, I find and conclude that the order is neither

clearly erroneous nor contrary to law.

Accordingly,

IT IS ORDERED that the Objections are DENIED and the Order AFFIRMED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　s/Lewis T. Babcock
　　　　　　　　　　　　　　　Lewis T. Babcock, Chief Judge

DATED: July 19, 2005