IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02004-LTB-MEH

PHILIP C. BUTLER,

    Plaintiff,

v.

SHAWN COMPTON,

    Defendant.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2006.**

    Based upon remand of this matter from the Court of Appeals for the Tenth Circuit, a Scheduling/Status Conference is hereby set for **March 14, 2006,** at the hour of **9:30 a.m.,** in the U.S. Courthouse, Courtroom A-601, 901 19th Street, Denver, Colorado. The Plaintiff shall participate in this conference by telephone. Counsel may attend in person or by telephone, at counsel's discretion.

    The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LCivR 16.2 and 26.1. The purpose of this conference is to consider the nature and status of the case on remand, the timing for filing any motions, and what discovery, if any, will be needed.

    Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

    **In compliance with D.C.COLO.LCivR 83.2, and in order to gain entry to the Federal Courthouse, all parties, counsel and witnesses must have on their person appropriate photo identification.**

    Further, based upon the setting of this conference, Plaintiff's Motion for Order to Proceed [Filed February 21, 2006; Docket #64] is **denied** as moot.