**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02004-LTB-OES

PHILIP C. BUTLER,

      Plaintiff,

v.

SHAWN COMPTON,

      Defendant.

_____

**ORDER**
_____

On December 7, 2005, the Tenth Circuit Court of Appeals entered its Order and Judgment reversing this Court's dismissal of Plaintiff's § 1983 action and remanded for additional proceedings consistent with the Order and Judgment. Mandate issued December 29, 2005.

On March 29, 2006, Plaintiff filed his pleading titled "Cost on Appeal" seeking his costs on appeal pursuant to F.R.A.P. 39(e). Defendant has filed its objection to Plaintiff's motion. There is no dispute that Plaintiff qualifies for an award of costs pursuant to F.R.A.P. 39(a)(3).

I first note that although costs on appeal are taxable in the District Court, F.R.A.P. 39(e), a party who wants costs taxed must within 14 days after entry of judgment file with the Circuit Clerk, with proof of service, an itemized and verified bill of costs. F.R.A.P.

39(d)(1). Plaintiff failed to meet the rules requirement in two respects. First, he failed to file within 14 days after entry of judgment and indeed, within 14 days after issuance of the mandate. Next, he failed to file with the Clerk of the Circuit Court.

Accordingly

IT IS ORDERED that Plaintiff's Motion for Taxation of Costs Pursuant to F.R.A.P. 39 is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: May 11, 2006