IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02004-LTB-MEH

PHILIP C. BUTLER,

    Plaintiff,

v.

SHAWN COMPTON,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2006.**

    For the reasons stated in the Recommendation for Dismissal and for Denial of Motion to Amend, the Defendant's Motion to Strike Amended Complaint [Filed May 3, 2006; Docket #87] is **denied** as **moot.**