**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02004-LTB-OES

PHILIP C. BUTLER,

      Plaintiff,

v.

SHAWN COMPTON,

      Defendant.

_____

**ORDER**
_____

On May 19, 2006, the Magistrate Judge entered his recommendation that Defendant's Motion for Summary Judgment (Docket 75) be granted and the action dismissed in its entirety and that Plaintiff's Motion for Leave to Amend Complaint (Docket 86) be denied. The Plaintiff has filed now timely written objections to the Magistrate Judge's recommendations. I have therefore reviewed the recommendations *de novo* in light of the objections to them and the file in this action. On *de novo* review, I conclude that the Magistrate Judge's recommendations upon thorough analysis are correct. Accordingly

IT IS ORDERED that Defendant's Motion for Summary Judgment (Docket 75) is GRANTED and this action is DISMISSED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Amend Complaint (Docket 86) is DENIED.

BY THE COURT:

   s/Lewis T. Babcock          
Lewis T. Babcock, Chief Judge

DATED: June 19, 2006