IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02004-LTB-MEH

PHILIP C. BUTLER,

    Plaintiff,

v.

SHAWN COMPTON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2007.**

    Plaintiff's Motion to Compel a Further Response for Admission's [sic] [filed November 1, 2007; doc #126] is **denied**. First, there is no indication that Plaintiff complied with the certification requirements of Fed. R. Civ. P. 37(a)(2)(A). Second, during the Preliminary Scheduling/Status Conference held on July 9, 2007, this Court clearly explained to Plaintiff that his discovery requests needed to be served so that responses could be filed before the discovery cutoff on October 9, 2007:

| | |
|---|---|
| Court: | The discovery period, Mr. Butler, will run until October 9. And, that means that you should get in your questions as soon as possible, okay? |
| Plaintiff: | Yes, sir. |
| Court: | Because everything has to be done; the questions have to be asked and the answers have to be received, all within the next 90 days, okay? |
| Plaintiff: | Yes, yes sir. |

Here, Plaintiff claims that he mailed his Requests for Admissions to Defendant on September 18, 2007[1]; thus, responses would be due outside of the discovery cutoff, on or about October 22, 2007. Therefore, Plaintiff's requests are untimely and his Motion to Compel is denied.

---

    [1]It should be noted that, during the Scheduling Conference, Plaintiff originally requested two weeks for the discovery period, but changed the request to 90 days upon the Court's suggestion.