IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02004-LTB-MEH

PHILIP C. BUTLER,

    Plaintiff,

v.

SHAWN COMPTON,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2007.**

    Plaintiff's Motion for Defendants [sic] Failure to Make Discloser [sic] and Cooperate in Discovery [filed October 22, 2007; doc #122] is **denied**. First, it is questionable whether Plaintiff fully complied with Fed. R. Civ. P. 37(a)(2)(A) before filing the within motion. Although Defendant invited the Plaintiff to clarify some discovery questions and/or requests in a letter dated September 7, 2007 [Response, Exh. D], Plaintiff chose not to do so nor even respond, and instead, filed the within Motion forty-five days later on October 22, 2007.

    The Court finds that Defendant's response to Interrogatory No. 8 was proper at the time it was made (August 13, 2007), and Defendant provided additional information regarding his affirmative defenses in his Response to Plaintiff's Motion to Strike Parts of Defendant's Affirmative Defenses filed August 10, 2007. *See* Doc. #121. Also, Defendant's objections as to the relevance of Interrogatories 2, 3, and 4 are proper, since Defendant is "fully indemnified by the City of Colorado Springs in this action." Response at 4. Finally, Defendant's objection to Interrogatory 6, while deficient, is reasonable given the vague and confusing content of the interrogatory itself. *See* Response at 5. Therefore, Plaintiff has failed to show that Defendant's responses to his discovery requests are evasive or incomplete under Fed. R. Civ. P. 37, and his Motion is denied.