IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02004-LTB-MEH

PHILIP C. BUTLER,

    Plaintiff,

v.

SHAWN COMPTON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 28, 2007.**

    Defendant's Motion for a Settlement Conference and Motion for Stay ("Motion") [filed December 7, 2007; doc #135] is **granted in part and denied in part**. The Plaintiff has opposed Defendant's request for a settlement conference saying it would be a "wast [sic] of time," since "defendant and plaintiff have allready [sic] tryed [sic] to come to a settelment [sic] twice." Doc #138 at 2, 3. Because the cooperation of both parties is required to hold a productive settlement conference, Defendant's motion for a settlement conference is **denied**.

    Defendant's motion for a stay of the briefing on Plaintiff's Motion for Summary Judgment is **granted** for purposes of resolving the within motion. Defendant shall file a response to Plaintiff's Motion for Summary Judgment **on or before January 11, 2008**.