IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02004-LTB-MEH

PHILIP C. BUTLER,

    Plaintiff,

v.

SHAWN COMPTON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 15, 2008.**

    Upon notice of the settlement of this action, Plaintiff's Motion for Summary Judgment [<u>filed October 31, 2007; doc #125</u>] is **denied as moot**.